[No. 11861-4-III.   Division Three.   December 28, 1993.]

RCL NORTHWEST, INC., ET AL, *Respondents,* v.
COLORADO RESOURCES, INC., ET AL, *Appellants.*

By an order of the Court of Appeals dated September 16, 1994, the opinion in the above captioned case which appears at 72 Wn. App 265 has been withdrawn.